**Order entered January 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01033-CV

### HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant

### V.

### ALBERRAMAN L. CASTILLO, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03266-B**

## ORDER

Before the Court is court reporter Robin N. Washington's January 23, 2019 request for extension of time to file a supplemental reporter's record that was due January 19, 2019. Although Ms. Washington thought the record could be filed by January 24, 2019, the record has not yet been filed.

We **GRANT** the extension request and **ORDER** the supplemental reporter's record be filed no later than February 4, 2019. We further **ORDER** appellant's brief be filed within thirty days of the filing of the supplemental reporter's record.

/s/    ERIN A. NOWELL
         JUSTICE